UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN

VANDERZWAAG, DANIEL L. &
VANDERZWAAG, PATRICIA L.

Debtor(s)

Case No. 20-00363 swd
Hon. Scott W. Dales
Chapter 13
Hearing: 05/27/20
9:15 AM, Grand Rapids

## STIPULATION FOR SUBSTITUTION OF DEBTOR ATTORNEY

The debtor(s) and debtor attorney agree that Marcia R. Meoli, LAKESHORE BANKRUPTCY CENTER shall appear on behalf of debtor(s) and that Michael M. Malinowski, MICHAEL M. MALINOWSKI, PLC be relieved as attorney for the debtor(s) from this date forward.

Date 5/18/20

LAKESHORE BANKRUPTCY CENTER
Attorneys for debtor(s)

By: _____
Marcia R. Meoli

1180 Ottawa Beach Rd, Ste A
Holland MI 49424
616.396.2124

Date: 5-13-20

_____
Daniel L. VanderZwaag

Date: 5-13-20

_____
Patricia L. VanderZwaag

Date: 5.18.20

MICHAEL M. MALINOWSKI, PLC

By: _____
Michael M. Malinowski

740 Alger Street, SE
Grand Rapids MI 49507
616.475.4994