UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

VANDERZWAAG, DANIEL L. &
VANDERZWAAG, PATRICIA L.

Case No. 20-00363 swd
Hon. Scott W. Dales
Chapter 13
Hearing: 06/17/20
9:00 AM, Grand Rapids

## FIRST AMENDMENT TO PROPOSED PLAN

Debtor(s) Daniel L. VanderZwaag and Patricia L. VanderZwaag ("Debtor") propose these amendments to the plan proposed in this proceeding:

1. Debtor proposes to amend paragraph III.A.4. to delete the disbursement of $31 for the amendment to add creditors. This shall be paid through an attorney fee application, if any.
2. **Newfound Rentals, LLC.** This claim shall be paid as fully secured at 100% with no interest.
3. **Priority claims for 2019 income taxes.** The debtors owe **$714 to the IRS and $395 to the State of Michigan.** These shall be paid 100% as priority tax claims.
4. Restitution to the US DEPARTMENT OF JUSTICE shall be paid direct. This is related to a criminal action against the debtors.
5. The debt to CHASE AUTO is for a 2014 Ford Focus, not a 2011 Ford Focus. There is no change in treatment here from the original plan.

Except as provided above, the provisions of the plan are proposed as stated in the original form.

WHEREFORE, debtor requests that this court:

A. Confirm this plan as amended; and
B. Grant further relief deemed proper.

Date  6/15/20

LAKESHORE BANKRUPTCY CENTER
Attorneys for debtor(s)

By: _____
    Marcia R. Meoli (P42182)

1180 Ottawa Beach Road, Suite A
Holland, MI 49424
616.396.2124

Date  6-15-20
Daniel L. VanderZwaag

Date  6/15/20
Patricia L. VanderZwaag