**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Daniel L. VanderZwaag** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Patricia L. VanderZwaag** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **20-00363** |

■ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

   | | | | Total claim | Priority amount | Nonpriority amount |
   |---|---|---|---|---|---|
   | **2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$1.00** | **$1.00** | **$0.00** |
   | | Priority Creditor's Name | | | | |
   | | **PO Box 7346** | When was the debt incurred? _____ | | | |
   | | **Philadelphia, PA 19101-7346** | | | | |
   | | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

   **Who incurred the debt?** Check one.

   ☐ Debtor 1 only

   ☐ Debtor 2 only

   ■ Debtor 1 and Debtor 2 only

   ☐ At least one of the debtors and another

   ☐ Check if this claim is for a community debt

   **Is the claim subject to offset?**

   ■ No

   ☐ Yes

   ☐ Contingent

   ☐ Unliquidated

   ☐ Disputed

   **Type of PRIORITY unsecured claim:**

   ☐ Domestic support obligations

   ■ Taxes and certain other debts you owe the government

   ☐ Claims for death or personal injury while you were intoxicated

   ☐ Other. Specify _____

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   Total claim

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number *(if known)*  **20-00363**

---

**4.1** **AFNI**
Nonpriority Creditor's Name
**1310 Martin Luther King Drive**
**PO Box 3517**
**Bloomington, IL 61702-3517**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **9801**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Agent for Dish Network account number**
**8255909091772738**

**$943.00**

---

**4.2** **Amazon/Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **6403**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

**$650.00**

---

**4.3** **AT&T**
Nonpriority Creditor's Name
**PO Box 5014**
**Carol Stream, IL 60197-5014**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **3263**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Utility**

**$1,400.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

| 4.4 | **Bank of America** | Last 4 digits of account number | **7562** | | **$2,244.00** |

Nonpriority Creditor's Name

**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/17 Last Active 05/19/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

■ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Credt Line Secured**

---

| 4.5 | **Barbara Tsaturova PLLC** | Last 4 digits of account number | | | **$2,422.00** |

Nonpriority Creditor's Name

**PO Box 2099**
**Holland, MI 49422**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Agent for Baumann & DeGroot Heating, Holland Hospital and Stout and Gordon Family Dentistry, Michigan Reproductive Center**

---

| 4.6 | **Baumann & DeGroot Heating** | Last 4 digits of account number | | | **$249.00** |

Nonpriority Creditor's Name

**230 E. Lakewood Blvd**
**Holland, MI 49424**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **For contact**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)   20-00363

---

**4.7** | Bilz Plumbing & Mechanical Inc
Nonpriority Creditor's Name
235 Second Street
PO Box 320
Ferrysburg, MI 49409
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    6226

When was the debt incurred?    12/16/19

$228.50

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Plumbing

---

**4.8** | Capital Management Services LP
Nonpriority Creditor's Name
698 1/2 South Ogden Street
Buffalo, NY 14206-2317
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    7562

When was the debt incurred?

$2,244.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Agent for Bank of America account ending 7562

---

**4.9** | CareLinc
Nonpriority Creditor's Name
6900 College Blvd Ste 550
Overland Park, KS 66211
Number Street City State Zip Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

$330.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Medical

---

Official Form 106 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   Daniel L. VanderZwaag
Debtor 2   Patricia L. VanderZwaag

Case number (if known)   20-00363

---

**4.10**

**Carson Smithfield LLC**
Nonpriority Creditor's Name
PO Box 9216
Old Bethpage, NY 11804
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **1036**                    **$1,265.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Agent for Merrick Bank Corp45292121009391036**

---

**4.11**

**CBCS**
Nonpriority Creditor's Name
PO Box 2334
Columbus, OH 43215-2334
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **7669**                    **$600.00**

When was the debt incurred?   **Opened 07/20/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

**4.12**

**CBCS**
Nonpriority Creditor's Name
PO Box 2334
Columbus, OH 43216-2334
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **7669**                    **$600.00**

When was the debt incurred?   **Opened 072018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

**4.13**

**CBCS**
Nonpriority Creditor's Name
**PO Box 2334**
**Columbus, OH 43216-2334**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **7783**

When was the debt incurred?   **Opened 08/24/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

**$122.00**

---

**4.14**

**CBCS**
Nonpriority Creditor's Name
**PO Box 2334**
**Columbus, OH 43216-2334**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **3135**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Agent for Spectrum Health**

**$621.00**

---

**4.15**

**Certa Pro Painters**
Nonpriority Creditor's Name
**13100 168th Ave, Ste C**
**Grand Haven, MI 49417**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Painting**

**$3,110.00**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

| 4.16 | | |
|---|---|---|
| **Charles Hiemstra** | | |
| Nonpriority Creditor's Name | Last 4 digits of account number | **Patricial VanderZwaag** |
| **125 Ottawa Avenue NW** | | |
| **Suite 310** | When was the debt incurred? | |
| **Grand Rapids, MI 49503** | | |
| Number Street City State Zip Code | | |

**$24,518.00**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Attorney for Consumer Credit Union for Patricia**

---

| 4.17 | | |
|---|---|---|
| **Charter Communication** | | |
| Nonpriority Creditor's Name | Last 4 digits of account number | **9255** |
| **PO Box 3019** | | |
| **Milwaukee, WI 53201-3019** | When was the debt incurred? | |
| Number Street City State Zip Code | | |

**$780.00**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Utility**

---

| 4.18 | | |
|---|---|---|
| **Chase Card Services** | | |
| Nonpriority Creditor's Name | Last 4 digits of account number | **3002** |
| **Attn:  Bankruptcy** | | |
| **PO Box 15298** | When was the debt incurred? | **Opened 03/13/17 Last Active 06/05/17** |
| **Wilmington, DE 19850** | | |
| Number Street City State Zip Code | | |

**$9,197.00**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)   **20-00363**

| | |
|---|---|
| **4.1 9** | **Chase Receivables** |

Nonpriority Creditor's Name

**1247 Broadway**
**Sonoma, CA 95476-7503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0421**                    $434.00

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Agent for Figi's Companies Inc.**

| | |
|---|---|
| **4.2 0** | **CMCS Premium  Recovery Servies** |

Nonpriority Creditor's Name

**10192 Grand River Rd, Ste 111**
**Brighton, MI 48116-6531**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **7002**                    $261.00

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Agent for Farm Bureau Insurance**

| | |
|---|---|
| **4.2 1** | **Community West Credit Union** |

Nonpriority Creditor's Name

**PO Box 1967**
**Grand Rapids, MI 49501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0000**                    $1,806.00

When was the debt incurred?   **Opened 12/16 Last active 06/19/17**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

Debtor 1   Daniel L. VanderZwaag
Debtor 2   Patricia L. VanderZwaag

Case number (if known)   **20-00363**

---

| 4.2<br>2 | **COMMUNITY WEST CREDIT UNION** | Last 4 digits of account number   **0000** | **$0.00** |

Nonpriority Creditor's Name

**PO BOX 1967**
**Grand Rapids, MI 49501**

When was the debt incurred?   **Opened 12/15 Last active 10/07/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the debt subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

| 4.2<br>3 | **Consumers Credit Union** | Last 4 digits of account number | **$22,722.00** |

Nonpriority Creditor's Name

**3975 Clay SW**
**Grand Rapids, MI 49548-3014**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **For vehicle number VIN#5ZT2TRWB0HB510750**

---

| 4.2<br>4 | **Credit Acceptance Corp.** | Last 4 digits of account number   **2702** | **$9,053.00** |

Nonpriority Creditor's Name

**25505 West Twelve Mile Rd**
**Suite 3000**
**Southfield, MI 48034**

When was the debt incurred?   **Opened 08/26/17 Last active 04/18/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Automobile**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)  20-00363

---

**4.2 5**

**Credit Acceptance Corp.**
Nonpriority Creditor's Name
25505 West Twelve Mile Rd
Suite 3000
Southfield, MI 48034
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  8502

When was the debt incurred?  **Opened 04/27/12 Last active 02/12/14**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Automobile**

$9,053.00

---

**4.2 6**

**Credit Collection Services**
Nonpriority Creditor's Name
Attn: Bankruptcy
725 Canton St.
Norwood, MA 02062
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  6987

When was the debt incurred?  **Opened 12/26/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **06 Progressive**

$660.00

---

**4.2 7**

**Credit One Bank**
Nonpriority Creditor's Name

PO Box 98873
Las Vegas, NV 89193
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  1144

When was the debt incurred?  **Opened 12/15 Last active 06/02/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

$0.00

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)  **20-00363**

---

| 4.2 8 | | | |
|---|---|---|---|
| **CU Recovery** | | Last 4 digits of account number | **2068** | **$1,616.00** |

Nonpriority Creditor's Name

**26263 Forest Blvd, N
Wyoming, MN 55092**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Agent for Parda Federal Credit Union account 852068**

---

| 4.2 9 | | | |
|---|---|---|---|
| **Department of Treasury** | | Last 4 digits of account number | **1415** | **Unknown** |

Nonpriority Creditor's Name

**Internal Revenue Service
Kansas City, MO 64999-0010**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Old income taxes owed**

---

| 4.3 0 | | | |
|---|---|---|---|
| **Dr Leonard's/Carol Wright Gift** | | Last 4 digits of account number | **8A4A** | **$268.00** |

Nonpriority Creditor's Name

**PO Box 7823
Edison, NJ 08818**

Number Street City State Zip Code

When was the debt incurred?  **Opened 12/16 Last active 06/06/17**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge account**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

**4.3 1**

**Enhanced Recovery Corp**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**8014 Bayberry Road**
**Jacksonville, FL 32256**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **3102**

When was the debt incurred?   **Opened 07/19**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Charter Communications**

**$228.00**

---

**4.3 2**

**Executive Financial Company**
Nonpriority Creditor's Name
**PO Box 1168**
**Flint, MI 48501-1168**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **0649**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Agent for Montierth and Associates**

**$476.00**

---

**4.3 3**

**Figi's Companies Inc**
Nonpriority Creditor's Name
**3200 S. Central Ave**
**Marshfield, WI 54404**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **0421**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit**

**$434.00**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)    **20-00363**

---

| 4.3 4 | | |
|---|---|---|

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **0257**

When was the debt incurred?    **Opened 11/16 Last active 07/08/17**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**$961.00**

---

| 4.3 5 | | |
|---|---|---|

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **2244**

When was the debt incurred?    **Opened 02/17 Last active 07/21/17**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**$952.00**

---

| 4.3 6 | | |
|---|---|---|

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **8691**

When was the debt incurred?    **Opened 01/16 Last active 09/12/17**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**$708.00**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)  20-00363

---

**4.3
7**

**First Premier Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117**
Number Street City State Zip Code

Last 4 digits of account number  **5051**

$591.00

When was the debt incurred?  **Opened 08/15 Last active 09/08/17**

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.3
8**

**First Source Advantage LLC**
Nonpriority Creditor's Name

**205 Bryant Woods South
Buffalo, NY 14228**
Number Street City State Zip Code

Last 4 digits of account number  **4899**

$2,244.00

When was the debt incurred?

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Agent for Bank of America account ending 7562**

---

**4.3
9**

**Ginnys/Swiss Colony Inc**
Nonpriority Creditor's Name

**Attn: Credit Department
PO Box 2825
Monroe, WI 53566**
Number Street City State Zip Code

Last 4 digits of account number  **6630**

$502.00

When was the debt incurred?  **Opened 11/15 Last active 06/05/16**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

**4.40**

**GR Cons CU**
Nonpriority Creditor's Name

**3975 Clay Ave, SW**
**Grand Rapids, MI 49508**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **3000**

When was the debt incurred?  **Opened 12/14/16 Last active 05/31/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Recreational**

**$22,723.00**

---

**4.41**

**GR Consumers CU**
Nonpriority Creditor's Name

**3975 Clay Ave, SW**
**Grand Rapids, MI 49548**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **3000**

When was the debt incurred?  **Opened 12/16 Last active 05/31/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Recreational**

**$22,723.00**

---

**4.42**

**Harris & Harris Ltd**
Nonpriority Creditor's Name

**111 West Jackson Blvd, Ste 400**
**Chicago, IL 60604-4135**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **9690**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Agent Illinois tollway**

**$359.00**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number *(if known)*  **20-00363**

---

| 4.4 3 | | | |
|---|---|---|---|
| **Helvey & Associates** | Last 4 digits of account number | **7367** | **$332.00** |

Nonpriority Creditor's Name
**1029 East Center St**
**Warsaw, IN 46580**
Number Street City State Zip Code

When was the debt incurred?  **Opened 01/19**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Collection attorney Consumers Energy Ua Accts**

---

| 4.4 4 | | | |
|---|---|---|---|
| **Holland Hospital** | Last 4 digits of account number | **7638** | **$14.00** |

Nonpriority Creditor's Name
**PO Box 772123**
**Detroit, MI 48277-2123**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Medical**

---

| 4.4 5 | | | |
|---|---|---|---|
| **Holland Hospital** | Last 4 digits of account number | **8090** | **$266.00** |

Nonpriority Creditor's Name
**PO Box 772123**
**Detroit, MI 48277-2123**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Medical**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)  20-00363

---

| 4.4 6 | |
|---|---|

**Holland Hospital**
Nonpriority Creditor's Name
**PO Box 772123**
**Detroit, MI 48277-2123**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____          $375.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **For accounts with Barbara Tsaturova PLLC**

---

| 4.4 7 | |
|---|---|

**Illinois Tollway**
Nonpriority Creditor's Name
**PO Box 5544**
**Chicago, IL 60680-5544**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  6995          $359.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Tolls**

---

| 4.4 8 | |
|---|---|

**Jason Michael Katz PC**
Nonpriority Creditor's Name
**30665 Northwestern Hwy**
**Suite 202**
**Farmington, MI 48334**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____          $9,053.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Agent for Credit Acceptance**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

**4.49**

**Jefferson Capital Systems LLC**
Nonpriority Creditor's Name
**PO Box 1999**
**Saint Cloud, MN 56302**
Number Street City State Zip Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  **0003**

When was the debt incurred?  **Opened 10/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Factoring Company Account Fingerhut Direct Marketing**

$701.00

---

**4.50**

**Lake Mich CU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 2848**
**Grand Rapids, MI 49501**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  **0001**

When was the debt incurred?  **Opened 12/16 Last active 07/31/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Deposit Related**

$1,892.00

---

**4.51**

**Lake Mich CU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 2848**
**Grand Rapids, MI 49501**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  **0000**

When was the debt incurred?  **Opened 12/16/ Last active 10/31/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Unsecured**

$663.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)    **20-00363**

---

**4.5**
**2**

**Lakeshore Eyecare**
Nonpriority Creditor's Name
**PO Box 3272**
**Saginaw, MI 48605**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2910**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

**$137.00**

---

**4.5**
**3**

**Lakeshore Health Partners**
Nonpriority Creditor's Name
**602 Michigan Avenue**
**Holland, MI 49423**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

**$226.00**

---

**4.5**
**4**

**Mapleview Animal Hospital PC**
Nonpriority Creditor's Name
**185 Panther Drive**
**Holland, MI 49424**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1049**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pet**

**$215.00**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)  20-00363

---

**4.5 5**

**Mercy Health Physcian Partner**
Nonpriority Creditor's Name
PO Box 14099
Belfast, ME 04915
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1692

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

$469.00

---

**4.5 6**

**Merrick Bank/CardWorks**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1036

When was the debt incurred?  Opened 10/15 Last active 06/05/16

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$1,265.00

---

**4.5 7**

**Michigan Department Treasury**
Nonpriority Creditor's Name
Dept 77437
PO Box 77000
Detroit, MI 49277-0437
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1029

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Income tax

$9,391.00

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)   20-00363

---

**4.58**

**Michigan Reproductive & IVF**
Nonpriority Creditor's Name
**41000 Woodward Ave**
**Suite 100 East**
**Bloomfield Hills, MI 48304-5130**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   9241

When was the debt incurred?

$800.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

**4.59**

**Midland Credit Management**
Nonpriority Creditor's Name
**2365 Northside Drive**
**Suite 300**
**San Diego, CA 92108**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   0711

When was the debt incurred?

$1,337.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Agent ofr Synchrony Bank/Care Credit**

---

**4.60**

**Midland Funding**
Nonpriority Creditor's Name
**320 E. Big Beaver Rd**
**Troy, MI 48083**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   0711

When was the debt incurred?   **Opened 08/17 Last active 12/29/19**

$1,296.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Factoring Company Account Synchrony Bank**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)   **20-00363**

---

| 4.6 |
|-----|
| 1   |

**Midland Funding**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**350 Camino De La Reine**
**Suite 100**
**San Diego, CA 92108**
Number Street City State Zip Code

Last 4 digits of account number   **6891**                    $537.00

When was the debt incurred?   **Opened 02/18 Last active 10/13/19**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring company account Credit One Bank NA**

---

| 4.6 |
|-----|
| 2   |

**Monroe & Main**
Nonpriority Creditor's Name

**112 7th Avenue**
**Monroe, WI 53586**
Number Street City State Zip Code

Last 4 digits of account number   **6110**                    $498.00

When was the debt incurred?   **Opened 12/15 Last active 06/05/16**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge account**

---

| 4.6 |
|-----|
| 3   |

**National Credit Adjusters**
Nonpriority Creditor's Name
**PO Box 3023**
**327 W. 4th Street**
**Hutchinson, KS 67504-3023**
Number Street City State Zip Code

Last 4 digits of account number   **4693**                    $1,575.00

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Agent for Plain Green LLC account 72343263**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

| 4.6 4 | **National Credit Adjusters, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**327 W. 4th**
**Hutchinson, KS 67501**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **1923**

When was the debt incurred?  **Opened 03/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Factoring company account The Cash Store**

**$702.00**

---

| 4.6 5 | **National Credit Adjusters, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**327 W. 4th**
**Hutchinson, KS 67501**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **1977**

When was the debt incurred?  **Opened 12/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Factoring company account Cash Store**

**$167.00**

---

| 4.6 6 | **Nationwide Recovery** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**501 Shelley Dr, Ste 300**
**Tyler, TX 75701**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **6482**

When was the debt incurred?  **Opened 12/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection attorney Carelinc Medical Equipment**

**$331.00**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

| 4.6 7 | **Parda Federal Credit Union** | Last 4 digits of account number | **0000** | **$1,616.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**755 Parkdale**
**Rochester, MI 48308**

When was the debt incurred?  **Opened 12/16 Last active 05/26/17**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

---

| 4.6 8 | **Plain Green Loans** | Last 4 digits of account number | **3263** | **$1,575.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1900 Frost Rd Ste 100**
**Bristol, PA 19007**

When was the debt incurred?  **Opened 12/07/15 Last active 01/29/16**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

---

| 4.6 9 | **Portfolio Recovery** | Last 4 digits of account number | **6555** | **$913.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**120 Corporate Blvd**
**Norfolk, VA 23502**

When was the debt incurred?  **Opened 10/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring company Account Capital one Bank USA NA**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

**4.7 0**

**Portfolio Recovery**
Nonpriority Creditor's Name

**120 Corporate Blvd**
**Norfolk, VA 23502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **6403**

$587.00

When was the debt incurred?  **Opened 08/17 Last active 04/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring company account Synchrony Bank**

---

**4.7 1**

**Portland Federal Credit Union**
Nonpriority Creditor's Name

**9077 Charlotte Highway**
**Portland, MI 48875**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0500**

$0.00

When was the debt incurred?  **Opened 06/23/16 Last active 12/19/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Recreational**

---

**4.7 2**

**Radius Global Solutions LLC**
Nonpriority Creditor's Name
**PO Box 390846**
**Minneapolis, MN 55439**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **8727**

$708.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Agent for First Premier Bank**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)  **20-00363**

---

**4.7.3**

**Receivable Management Partners**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4763**

When was the debt incurred?  **Opened 08/18**

$133.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection attorney LHP Internal Medicine**

---

**4.7.4**

**Receivable Management Partners**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **8988**

When was the debt incurred?  **Opened 02/17**

$113.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection attorney LHP Ultrasound**

---

**4.7.5**

**Receivable Management Partners**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4826**

When was the debt incurred?  **Opened 11/18**

$94.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection attorney LHP Internal Medicine**

---

Debtor 1   **Daniel L. VanderZwaag**
Debtor 2   **Patricia L. VanderZwaag**

Case number (if known)   **20-00363**

---

| 4.7 6 | **Receivable Management Partners** | Last 4 digits of account number   **6110** | **$83.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code

When was the debt incurred?   **Opened 08/16**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection attorney David Young MD**

---

| 4.7 7 | **Receivable Management Partners** | Last 4 digits of account number   **2800** | **$93.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code

When was the debt incurred?   **02/17**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection attorney for LHP Internal Medicine**

---

| 4.7 8 | **Receivable Management Partners** | Last 4 digits of account number   **8987** | **$92.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code

When was the debt incurred?   **Opened 02/17**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection attorney for LHP ultrasound**

---

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

**4.7 9**

**Receivable Mangement Partners**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**PO Box 13129**
**Lansing, MI 48901**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **4764**

When was the debt incurred?  **Opened 08/18**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Lhp Internal Medicine**

$133.00

---

**4.8 0**

**Security Credit Services**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**PO Box 1156**
**Oxford, MS 38655**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **6552**

When was the debt incurred?  **Opened 03/18**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection attorney Tempoe LLC**

$2,460.00

---

**4.8 1**

**Snap RTO LLC**
Nonpriority Creditor's Name
**PO Box 26561**
**Salt Lake City, UT 84126**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?  **01/25/20**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Rentals purchase agreement (?) for repairs to truck**

$995.00

---

Debtor 1   Daniel L. VanderZwaag
Debtor 2   Patricia L. VanderZwaag

Case number (if known)   **20-00363**

---

| 4.8 2 | | |
|---|---|---|

**Spectrum Health**
Nonpriority Creditor's Name
PO Box 88013
Chicago, IL 60680-1013
Number Street City State Zip Code
Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **3514**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

**$971.00**

---

| 4.8 3 | | |
|---|---|---|

**Sterling Jewelers/Jared**
Nonpriority Creditor's Name
Attn: Bankruptcy
375 Ghent Road
Akron, OH 44333
Number Street City State Zip Code
Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **7455**

When was the debt incurred?   **Opened 02/06 Last active 08/07/06**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Charge account**

**$0.00**

---

| 4.8 4 | | |
|---|---|---|

**Synchrony Bank/Walmart**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896
Number Street City State Zip Code
Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **6594**

When was the debt incurred?   **Opened 08/20/15 Last active 10/07/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Charge account**

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Daniel L. VanderZwaag**
Debtor 2  **Patricia L. VanderZwaag**

Case number (if known)  **20-00363**

---

| 4.8 5 | | |
|---|---|---|

**Tidewater Finance Co**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**6520 Indian River Rd**
**Virginia Beach, VA 23464**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **0929**

**$2,468.00**

When was the debt incurred?  **Opened 11/16 Last active 02/16/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Installment Sales Contract**

---

| 4.8 6 | | |
|---|---|---|

**Timothy E. Baxter & Assoc.**
Nonpriority Creditor's Name
**PO Box 2669**
**Farmington, MI 48333-2669**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  **9042**

**$2,460.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Agent for Security Credit Services**

---

| 4.8 7 | | |
|---|---|---|

**United Collections Bureau Inc.**
Nonpriority Creditor's Name
**5620 Southwyck Blvd, Ste 206**
**Toledo, OH 43614**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number

**$134.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Agent for Western Michigan Pathology**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)    20-00363

---

| 4.8 8 | **US Department of Education** | Last 4 digits of account number    **7489** | | $1,171.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Ecmc/Bankruptcy**
**PO Box 16408**
**Saint Paul, MN 55116**
Number Street City State Zip Code

When was the debt incurred?    **Opened 10/15 Last active 04/07/19**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Educational**

---

| 4.8 9 | **US Department of Justice** | Last 4 digits of account number    **9903** | | $146,263.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**US Attorney's Office**
**PO Box 208**
**Grand Rapids, MI 49501**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Court Case 1:08CR324-02 Restitution owed by both debtors**

---

| 4.9 0 | **USCB Corporation** | Last 4 digits of account number    **4268** | | $536.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 75**
**Archbald, PA 18403**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Agent for Stratford Career Institution Account G201782**

---

Debtor 1  Daniel L. VanderZwaag
Debtor 2  Patricia L. VanderZwaag

Case number (if known)   **20-00363**

---

| 4.9 1 | **USCB Corporation** | Last 4 digits of account number **4269** | | $506.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 75**
**Archbald, PA 18403**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Agent for Stratford Career Institute account number G201784**

---

| 4.9 2 | **USDOE/GLELSL** | Last 4 digits of account number **8581** | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**PO Box 7860**
**Madison, WI 53707**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/21/15 Last active 06/05/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Educational**

---

| 4.9 3 | **Western MI Path Assoc PLLC** | Last 4 digits of account number **8739** | | $134.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5700 Southwyck Blvd**
**Toledo, OH 43614-1509**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1    Daniel L. VanderZwaag
Debtor 2    Patricia L. VanderZwaag

Case number (if known)    20-00363

| 4.9 4 | | |
|---|---|---|

**Westshore Recycling & Transfer**
Nonpriority Creditor's Name
**A-4376 60 Street**
**Holland, MI 49423**
Number Street City State Zip Code

Last 4 digits of account number _____        $140.00

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Check #2085 dated 10/09/17 NSF**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 1.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 1.00 |

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 1,171.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 346,105.50 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 347,276.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy